FILED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia

### AFFIDAVIT OF ASSETS FOR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff/Petitioner:

V.

Case Number: 08 1246

Defendant/Respondent:

I, James E. Gross, Sr _____,
declare that I bring the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the fees and costs of these proceedings, that this is a statement of all of my assets, and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (X) Yes   ( ) No   (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: U.S Penitentiary Big Sandy, Kentucky

   State your inmate number: 27361-037

   HAVE THE AUTHORIZED INSTITUTIONAL OFFICIAL FILL OUT A CERTIFICATE OF INMATE ACCOUNT, FORM 117-EDKY, WHICH SHOULD BE FORWARDED TO THE COURT ALONG WITH THIS AFFIDAVIT OF ASSETS AND THE COMPLAINT OR PETITION.

2. Are you currently employed?   ( ) Yes   (X) No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.a. In the past twelve months, have you received any money from any of the following sources?

   (1) Business, profession or other form of self-employment?   Yes ___ No X
   (2) Rent payments, interest or dividends?   Yes ___ No X
   (3) Pensions, annuities or life insurance payments?   Yes ___ No X
   (4) Gifts or inheritances?   Yes ___ No X
   (5) Social Security, SSI, disability or other governmental benefits?   Yes ___ No X
   (6) Any other sources?   Yes X No ___

3.b. If the answer to any of the above is "yes," describe each source of money, the amount received from each during the past twelve months, and whether this income will continue.

RECEIVED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have any cash or checking or savings or inmate trust accounts? (X) Yes ( ) No

   If "Yes," state which type(s) and give the total amount(s): _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ( ) Yes ( ) No

   If "Yes," describe the property and state its value:

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

I declare under penalty of perjury that the above information is true and correct.

_____     _____
Date                        Signature of Applicant

---

**Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee**

I, __James E. Gross, Sr__, __27361-037__, authorize the
(Name of Applicant)          (Inmate #)

Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. §1915.

I further agree that a photostatic copy of this Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee shall serve in lieu of the original.

_____
(Signature of Applicant)

_____
(Date)