James E. Gross, Sr
27361-037
P.O. Box 2068
Inez, KY 41224

8/12/2008

United State Courthouse
Attn: Clerk of The Court
333 Constitution Ave
Washington D.C. 20001

Dear Clerk,

CASE NO. 08-1246 HHK

This letter is to inform this Court that I have complied with the request for partial payment. Nevertheless, a check of my account shows that the payment has not yet been deducted from my account. This prison has complete control of what little money I have, and there are simply no other means for me to get the money to this Court. I have spoken to my unit manager Ms. H. Chance on this subject but she just insist that I submit another withdraw form.

Due to the above please do not hold Plaintiff responsible for lateness of payment. I have submitted another withdraw form.

James E. Gross, Sr
27361-037
8/12/2008